UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW ISLAND CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WWW.NEWISLANDCAPITAL.COM, <br><br> Defendant. | Case No. <br><br> **PLAINTIFF NEW ISLAND CAPITAL MANAGEMENT, INC.'S** *IN REM* **COMPLAINT AGAINST THE WWW.NEWISLANDCAPITAL.COM DOMAIN NAME TO TRANSFER THE DOMAIN NAME TO PLAINTIFF UNDER 15 U.S.C. § 1125(d)** <br><br> **JURY TRIAL DEMANDED** |

COMPLAINT

Plaintiff New Island Capital Management, Inc. ("Plaintiff") alleges the following in support of its *in rem* complaint against the Internet Domain Name www.newislandcapital.com.

## I. NATURE OF THE ACTION

1. Plaintiff files this *in rem* action asserting a claim of cyberpiracy under the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125 et seq.

2. This lawsuit involves quintessential cyberpiracy. Plaintiff owns the NEW ISLAND CAPITAL trademark and has registered that trademark in the United States, Canada and the European Union. On information and belief, with knowledge of Plaintiff's ownership of the NEW ISLAND CAPITAL trademark, the registrants ("Registrants") of www.newislandcapital.com registered the domain name in bad faith, are using the domain name in bad faith, and are willfully intercepting confidential email messages intended for Plaintiff.

3. This is the precise scenario that the ACPA was enacted to combat – to prevent cyberpirates from registering domain names incorporating distinctive trademarks and then using that domain name in bad faith to the detriment of the trademark holder.

4. In bringing this lawsuit, Plaintiff seeks an injunction prohibiting the Registrants' use of the www.newislandcaptial.com domain name and ordering the domain registrar, eNom, Inc. ("eNom") to transfer the www.newislandcapital.com domain name to Plaintiff.

## II. JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§1331 and 1338(a).

6. This Court has *in rem* jurisdiction over the domain name pursuant to 15 U.S.C. § 1125(d)(2)(A)(ii)(1) since Plaintiff cannot obtain *in personam* jurisdiction over the Registrants of www.newislandcapital.com because the Registrants are located outside of the

United States. *In rem* jurisdiction is proper in this district pursuant to 15 U.S.C. §1125(d)(2)(C)(i) because the domain name registrar, eNom, is located in this district at 5808 Lake Washington Blvd. NE, Suite 300, Kirkland, Washington 98033.

7. Venue is proper in this district under 15 U.S.C. §1125(d)(2)(A) & (C) because eNom is the registrar of www.newislandcapital.com and eNom is located in this district. Attached hereto as Exhibit A is a true and correct copy of the WHOIS record for www.newislandcapital.com, showing eNom as the registrar.

### III. THE PARTIES

8. Plaintiff New Island Capital Management, Inc. is a Delaware corporation with its principal place of business at 505 Sansome Street, Suite 1450, San Francisco, California, 94111. Plaintiff is a 100% mission-focused investment advisor striving to achieve positive impact within four thematic areas: Sustainable Agriculture, Communities, Alternative Energy and Environment. Its mandate places it among a handful of institutional-scale, mission-focused investment advisors.

9. On information and belief, and according to the website currently located at www.newislandcapital.com, the defendant domain name is registered by individuals located in Asia. The Registrants of www.newislandcapital.com, however, use "WhoisGuard" which hides the Registrants' true identity from the public. Moreover, despite Plaintiff's diligent efforts, Registrants have prevented Plaintiff from uncovering Registrants identity by operating anonymously.

### IV. FACTUAL BACKGROUND

**A.  Plaintiff's Trademark Rights**

10. Plaintiff is the owner of United States Trademark Registration Number 3463051, for the trademark NEW ISLAND CAPITAL. Plaintiff has used the trademark NEW ISLAND CAPITAL in connection with Plaintiff's services, including financial services, such as, advising and management of private equity investment funds. Plaintiff has

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

priority in the NEW ISLAND CAPITAL trademark since at least December 5, 2006. Plaintiff's registration is valid, unrevoked, subsisting, and constitutes *prima facie* evidence of Plaintiff's exclusive ownership of the NEW ISLAND CAPITAL mark. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's registration certificate for the NEW ISLAND CAPITAL trademark. Plaintiff also has obtained registrations of the NEW ISLAND CAPITAL mark in Canada and in the European Union.

11. Plaintiff has invested significant time and money in developing and promoting its trademark and brand, including use on its website, at events and trade shows, recruiting and networking. As a result of such use and expenditures, Plaintiff has established considerable goodwill in the NEW ISLAND CAPITAL trademark. The NEW ISLAND CAPITAL trademark and its associated goodwill are valuable assets of substantial worth to Plaintiff.

**B.    Cyberpiracy of www.newislandcapital.com**

12. The www.newislandcapital.com domain was registered in bad faith and is being used in bad faith under the ACPA. Bad faith intent may be shown under the ACPA by proof that: (1) the registrant registered the domain name consisting of the legal name of the Plaintiff; (2) the registrant failed to use the domain name in connection with a bona fide offering of goods or services; (3) the registrant intended to divert consumers from the mark owner's online location to a site accessible under the domain name; or (4) the registrant's registration of multiple domain names which the registrant knows are identical or confusingly similar to the marks of others.  *See* 15 U.S.C. §1125(d)(1)(B).

13. The Registrants of www.newislandcapital.com have exhibited each of these forms of bad faith. For example, the www.newislandcapital.com domain name wholly incorporates Plaintiff's NEW ISLAND CAPITAL trademark. On information and belief, the Registrants were aware of Plaintiff's NEW ISLAND CAPITAL trademark when they registered the www.newislandcaptial.com domain name in December 2010 – more than two

years after the United States Patent and Trademark Office issued Plaintiff's registration for the NEW ISLAND CAPITAL trademark. The Registrants are not authorized by Plaintiff to use the NEW ISLAND CAPITAL trademark.

14. On information and belief, the Registrants are not offering any bona fide goods or service in connection with its use of www.newislandcapital.com. Instead, they are using www.newislandcapital.com for the purpose of obstructing Plaintiff's use of its trademark and defaming Plaintiff.

15. The Registrants are wrongly benefiting from their bad faith use of Plaintiff's NEW ISLAND CAPITAL trademark as they are diverting consumers from Plaintiff's website to the pirated www.newislandcapital.com domain name. The Registrants have further received and continue to receive confidential email messages intended for Plaintiff.

16. Finally, on information and belief, the Registrants have registered numerous domain names which are confusingly similar or identical to the marks of others that were distinctive at the time of registration of such domain names, or dilutive of famous marks of others that were famous at the time of registration of such domain names.

## V. CLAIM FOR RELIEF

### FIRST CAUSE OF ACTION

**(Violation of the Anticybersquatting Consumer Protection Act)**

17. Plaintiff hereby repeats and re-alleges each and every allegation set forth in paragraphs 1 through 16, inclusive, as if fully set forth herein.

18. By registering and/or using the www.newislandcapital.com domain name, which is identical to Plaintiff's NEW ISLAND CAPITAL trademark, Registrants have demonstrated a bad faith intent to profit from Plaintiff's trademark, and have registered, trafficked in, and used a domain name that is identical or confusingly similar to Plaintiff's trademark. The Registrants are thus engaging in cyberpiracy in violation of 15 U.S.C. § 1125(d).

COMPLAINT - 4 -   FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

19. Upon information and belief, the Registrants have used Plaintiff's trademark as part of the Registrants' domain name with actual knowledge of Plaintiff's trademark, with the intent to cause confusion, and in bad faith. The Registrants' website in fact specifically alludes to Plaintiff as a company in the United that handles assets.

20. Plaintiff's inability to obtain *in personam* jurisdiction over the foreign owner of the www.newislandcapital.com domain name, compels this *in rem* action against the www.newislandcapital.com domain name pursuant to 15 U.S.C. § 1125 (d)(2)(A)(i) and (ii)(I).

21. Plaintiff is damaged by Registrants' continued bad faith intent to profit off of Registrants' use of Plaintiff's NEW ISLAND CAPITAL trademark and the www.newislandcapital.com domain name.

22. Plaintiff has no adequate remedy at law to address the Registrants' cyberpiracy. Plaintiff has been, and absent injunctive relief, will continue to be, irreparably harmed by the Registrants' actions.

23. Plaintiff is entitled to have the Registrants immediately cease using the www.newislandcapital.com domain name and transfer registration of the www.newislandcapital.com domain name (and any other similar domain names) to Plaintiff, pursuant to 15 U.S.C. § 1125(d).

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff, New Island Capital Management, Inc., respectfully requests that this Court grant relief under 15 U.S.C. § 1125(d) and 15 U.S.C. § 1117 and:

(1) enjoin Registrant's use of the www.newislandcapital.com domain name; and

(2) order the domain registrar eNom, Inc. to transfer the www.newislandcapital.com domain name, to Plaintiff.

Plaintiff further respectfully requests that this Court grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 24th day of February, 2012.

**FENWICK & WEST LLP**


By:  s/ *Jeffrey Ware*
Laurence Pulgram (*pro hac vice application to be filed*)
Jeffrey Ware, WSBA No. 43779
Eric J. Ball (*pro hac vice application to be filed*)

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Phone: 206-389-4522
Fax: 206-389-4511
Email: jware@fenwick.com

Attorneys for Plaintiff
New Island Capital Management, Inc.

COMPLAINT - 6 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511