The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEW ISLAND CAPITAL MANAGEMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> WWW.NEWISLANDCAPITAL.COM, <br><br> Defendant. | Case No. 2:12-cv-00320-JLR <br><br> **DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF NEW ISLAND CAPITAL MANAGEMENT, INC.'S MOTION FOR AN ORDER DIRECTING PUBLICATION OF THE SUMMONS AND COMPLAINT BY EMAIL** |

BALL DECLARATION
CASE NO. 2:12-CV-00320-JLR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

I, Eric J. Ball, declare as follows:

1. I am an attorney at law, duly licensed to practice law in California, and am admitted to this district *pro hac vice* for purposes of the above-captioned action. I am an associate with the law firm of Fenwick & West, LLP, counsel of record for plaintiff in the above-captioned action. I have personal knowledge of the matters set forth herein, and can testify competently as to those facts, if called upon to do so.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email I received on February 29, 2012 from the Registrants of www.newislandcaptial.com and their lisa@newislandcapital.com email address. The Registrants' email acknowledged receipt and notice of the Summons and Complaint for this *in rem* action concerning www.newislandcapital.com.

3. Attached hereto as **Exhibit B** is a true and correct copy of an email received by Plaintiff's agent on January 26, 2012 from the Registrants of www.newislandcaptial.com and their ongfaris@gmail.com email address.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED at Mountain View, California this 1st day of March, 2012.


            *s/ Eric J. Ball*
            ERIC J. BALL

BALL DECLARATION
CASE NO. 2:12-CV-00320-JLR
- 1 -
FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Sharie L. Parks, hereby certify that on March 1, 2012, I caused the foregoing **DECLARATION OF ERIC BALL IN SUPPORT OF PLAINTIFF NEW ISLAND CAPITAL MANAGEMENT, INC.'S MOTION FOR AN ORDER DIRECTING PUBLICATION OF THE SUMMONS AND COMPLAINT BY EMAIL** to be served on the following parties as indicated below

| | |
|---|---|
| **www.newislandcapital.com**<br>**WhoisGuard Protected**<br>(e5cb86c834b941e48dcbf150b7b743ea.protect@whoisguard.com<br>11400 W. Olympic Blvd., Suite 200<br>Los Angeles, CA 90064<br><br>Defendants | **[X] By United States Mail**<br>[ ]  By Legal Messenger<br>[ ]  By Electronic CM/ECF<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email |

Dated:  March 1, 2012                    *s/Sharie L. Parks*
                                                              for Eric J. Ball (*pro hac vice*)
                                                              FENWICK & WEST LLP
BALL DECLARATION                                        - 2 -                                        FENWICK & WEST LLP
CASE NO. 2:12-CV-00320-JLR                                                                         1191 SECOND AVENUE, 10TH FLOOR
                                                                                                    SEATTLE, WASHINGTON 98101
                                                                                                    TELEPHONE 206.389.4510
                                                                                                    FACSIMILE 206.389.4511