# EXHIBIT A

**Teresa Chow**

| | |
|---|---|
| From: | New Island Capital [lisa@newislandcapital.com] |
| Sent: | Wednesday, February 29, 2012 4:09 AM |
| To: | Eric Ball |
| Cc: | Laurence Pulgram |
| Subject: | Re: Notice of In rem Complaint Against www.newislandcapital.com in the Western District of Washington |

Hello Mister Ball,

> Dear Registrants of the www.newislandcapital.com domain name. Attached please find copies of the Summons and Complaint filed in the Western District of Washington

I received your e-mail a minute ago. That's a surprise!

Thank you very much for telling this us too.

Regards,
Lisa

---

Put a TassaTag on your luggage.

New Island Capital ↗
Heading upstream down oceans of joy.

http://www.newislandcapital.com/

1