# EXHIBIT B



**Bill Tibbetts <btibbetts@cableone.net>**

---

# Re: Domain Name Inquiry - newislandcapital.com

**Faris Ong <ongfaris@gmail.com>**　　　　　　　　　　　　　　　　　　　　　　　　　Thu, Jan 26, 2012 at 5:36 AM
To: Bill Tibbetts <btibbetts@cableone.net>

> Do you have any interest in selling the domain name?

Hi there, I hope you great doing Sir Bill.

As you seen is the newislandcapital.com in use.
Traffic too numerous to mansion, investment uh la la,
thus we are no welling to.

Regards, Faris